DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDREW VENEZIA, SECURITIZED ASSET GROUP HOLDING, JOSEPH SIMMS,** as Trustee, and **JOSEPH SIMMS,** individually,
Appellants,

v.

**LAKE SUCCESS HOA MANAGEMENT, LLC,**
a Florida limited liability company,
Appellee.

No. 4D18-3801

[July 18, 2019]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE-15001168.

Niti S. Sharan of Sharan Law Services, P.A., Hollywood, for appellants.

Maria H. Ruiz and Giselle Gonzalez Manseur of Kasowitz Benson Torres LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***